```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |  |
|---|---|---|
| In re: | : | |
| | : | Bankruptcy No. 05-35037 (KCF) |
| ANTHONY MICHAEL FELIZ, | : | |
|     Debtor. | : | |
| | : | |
| INREACH, INC., | : | |
| | : | CIVIL ACTION NO. 06-2095 (MLC) |
|     Appellant, | : | |
| | : | |
| v. | : | **O R D E R** |
| | : | |
| ANTHONY MICHAEL FELIZ, | : | |
| | : | |
|     Appellee. | : | |

For the reasons stated in the Court's Memorandum Opinion, **IT IS** on this    30th    day of November, 2006, **ORDERED** that the April 7, 2006 order of the Bankruptcy Court (Bankr. dkt. 05-35037, dkt. entry no. 27) is **AFFIRMED**; and

**IT IS FURTHER ORDERED** that the May 11, 2006 order of the Bankruptcy Court (Bankr. dkt. 05-35037, dkt. entry no. 35) is **AFFIRMED**; and

**IT IS FURTHER ORDERED** that the Clerk of the Court designate this action as **CLOSED**.

                                            s/ Mary L. Cooper
                                            **MARY L. COOPER**
                                            United States District Judge